914

No. 82–5262.  CHOW v. SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 82–5263.  MARSHALL v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 82–5265.  SALAHUDDIN v. WRIGHT ET AL.; and SALAHUDDIN v. GOLD ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 82–5268.  WOJIE v. FRANCIS ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 82–5269.  BLOW ET AL. v. LASCARIS, COMMISSIONER, ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES.  C. A. 2d Cir.  Certiorari denied.

No. 82–5273.  ROSS v. MCLEOD, ATTORNEY GENERAL OF SOUTH CAROLINA.  C. A. 4th Cir.  Certiorari denied.

No. 82–5274.  ROBINSON v. MATNEY.  C. A. 4th Cir.  Certiorari denied.

No. 82–5278.  STUMHOFER v. ROSS, INDUSTRIAL COMMISSIONER OF NEW YORK.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari denied.

No. 82–5294.  DICKINSON v. TEXAS.  Ct. App. Tex., 11th Sup. Jud. Dist.  Certiorari denied.

No. 82–5300.  MCCORD v. UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 82–5311.  LEWINGDON v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 82–5321.  BRASSELL v. CITY OF MONTGOMERY, ALABAMA, ET AL.  C. A. 11th Cir.  Certiorari denied.